JS-6

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CAROL A. CHEN
Assistant United States Attorney
California Bar Number: 212720
JESSICA O. CHEH
Assistant United States Attorney
California Bar Number: 254012
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2428/0886
    Facsimile: (213) 894-7819
    Email: carol.chen@usdoj.gov
           jessica.cheh@usdoj.gov

Attorneys for Federal Defendant[1]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARRY FOSTER, | Case No. CV 08-07430 PA (RCx) |
| Plaintiff, | **ORDER DISMISSING ACTION BY PLAINTIFF IN ITS ENTIRETY** |
| v. | Hon. Percy Anderson |
| ERIC K. SHINSEKI, Secretary, Department of Veterans Affairs, | |
| Defendant. | |

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Eric K. Shinseki, Secretary of the United States Department of Veterans Affairs, is substituted for James B. Peake, M.D.

## **ORDER DISMISSING ACTION WITH PREJUDICE**

Based on the foregoing, IT IS HEREBY ORDERED THAT:

1. Plaintiff's action is dismissed with prejudice in its entirety;
2. Each party shall bear their own costs of suit and attorneys' fees; and
3. The Court retains jurisdiction pending payment of the settlement for 150 days.

Dated: May 21, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE